IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 1:04cr10063-1

DERRICK PUGH

    Defendant.

### ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $10,000/10\%= $1000.00) appearance bond (receipt J27569 for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to: **Gregory Cherry, 415 Graves Rd., Savannah, TN 38372**; in full refund of the cash appearance bond posted herein.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 7 June 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CR-10063 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT